## CERTIFICATE OF SERVICE

I, Mary E. Augustine, hereby certify that on the 9th day of March, 2006, I caused a true and correct copy of the **Notice of Dismissal**, to be served upon the party listed below in the manner indicated.

### VIA FIRST CLASS U.S. MAIL

*Sellers Petroleum Products, Inc.*
Attn:   President/CEO
P.O. Box 10790
Yuma, AZ 85366

Mary E. Augustine (No. 4477)

619736v1